Case 1:20-cv-01556-NONE-EPG   Document 8   Filed 01/15/21   Page 1 of 2

1 | MCGREGOR W. SCOTT
United States Attorney
2 | AUDREY B. HEMESATH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| A.M.Q.A, ET AL., | CASE NO. 1:20-cv-1556-NONE-EPG |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| MONICA B. LUGO, ET AL., | |
| Defendants. | |

The United States respectfully requests a 60-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The agency, United States Citizenship and Immigration Services, recently reopened plaintiffs' applications, and further proceedings at the administrative level are anticipated. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is March 15, 2021. The parties further request that all other filing deadlines be similarly extended.

1

                                                Respectfully submitted,

Dated: January 13, 2021                     McGREGOR W. SCOTT
                                          United States Attorney

                                  By: /s/ AUDREY B. HEMESATH
                                          AUDREY B. HEMESATH
                                          Assistant United States Attorney

                                          /s/ JULIE GOLDBERG
                                          JULIE GOLDBERG
                                          Counsel for Plaintiffs

**ORDER**

     Pursuant to the stipulation of the parties (ECF No. 7), IT IS ORDERED THAT the time for Defendants to respond to the complaint is extended to March 15, 2021.

IT IS SO ORDERED.

    Dated: **January 15, 2021**                          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE