1  PHILLIP A. TALBERT
Acting United States Attorney
2  AUDREY B. HEMESATH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

5

6  Attorneys for Plaintiff
United States of America

7

8                      IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  A.M.Q.A, ET AL.,                         CASE NO. 1:20-CV-1556 NONE EPG

12              Plaintiffs,                  STIPULATION AND ORDER RE: EXTENSION
                                             OF TIME
13        v.

14  MONICA B. LUGO, ET AL.,

15              Defendants.

16

17    The United States respectfully requests an additional 30-day extension of time in which to

18  respond to the Complaint, and counsel for plaintiffs does not oppose. Agency proceedings in this

19  reopened case remain ongoing. The parties further request that all other filing deadlines be similarly

20  extended.

21

22

23

24

25

26

27

28

                                                    1

Respectfully submitted,

Dated: March 15, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney


/s/ JULIE GOLDBERG
JULIE GOLDBERG
Counsel for Plaintiffs

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 10), IT IS ORDERED THAT the time for Defendants to respond to the complaint is extended to April 15, 2021.
IT IS SO ORDERED.

Dated: **March 16, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2