PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MONICA B. LUGO, ET AL.,<br><br>  Defendants. | CASE NO. 1:20-CV-1556 NONE EPG<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME |

   The United States respectfully requests an additional 30-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose.  Agency proceedings in this reopened case remain ongoing, and have required consultation with an additional agency not a part of this lawsuit.  The parties further request that all other filing deadlines be similarly extended.

1

Respectfully submitted,

Dated:  April 14, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney

/s/ JULIE GOLDBERG
JULIE GOLDBERG
Counsel for Plaintiffs

## **ORDER**

Pursuant to the stipulation of the parties (ECF No. 12), IT IS ORDERED THAT the time for Defendants to respond to the complaint is extended to May 14, 2021. This is the parties' third stipulation to continue the response deadline. If the parties request further extensions, the Court may hold a status conference to discuss the reasons for the delay and Defendants' ability to file a responsive pleading.

Further, the Initial Scheduling Conference is continued from May 3, 2021, to June 7, 2021, at 10:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:  **April 15, 2021**                         /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE