UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONICA B. LUGO, et al.,<br><br>    Defendants. | Case No.  1:20-cv-01556-NONE-EPG<br><br>ORDER GRANTING JOINT STIPULATION RE: EXTENSION OF TIME AND STAYING CASE<br><br>(ECF No. 23) |

    Before the Court is the parties' Stipulation Re: Extension of Time. (ECF No. 23.) According to the stipulation, the parties have agreed that Plaintiffs will submit a further response to the Notices of Intent to Deny ("NOIDs") for Plaintiffs' Form N-600K applications on or before September 21, 2021. (*Id.*) Defendant United States Citizenship and Immigration Services ("USCIS") will then issue a final decision on Plaintiffs' N-600K applications within sixty days of receipt of the further response. (*Id.*) Once USCIS issues final decisions on Plaintiffs' N-600K applications, Defendants' motion to dismiss currently pending before District Judge Dale A. Drozd will be moot. (*Id.*) The parties will meet and confer following the issues of the final decisions and propose a schedule on any remaining matters. (*Id.*) The parties request that the Court vacate the scheduling conference currently scheduled for August 2, 2021, and to vacate the briefing schedule on Defendants' motion to dismiss. (*Id.*)

The Court construes the parties' stipulation as a joint request to stay the case pending USCIS' issuance of a final decision on Plaintiffs' N-600K applications. The Court finds good cause for a stay and will grant the request. If the parties later determine that a ruling on Defendants' motion to dismiss is necessary, Defendants will need to re-notice the motion consistent with District Judge Dale A. Drozd's procedures and the Standing Order Re Judicial Emergency (ECF No. 3-2).

Accordingly, IT IS HEREBY ORDERED that:

1. This case is STAYED pending further order of the Court;
2. Any and all deadlines and hearings currently pending before the Court, including the Initial Scheduling Conference and the briefing deadlines for Defendants' motion to dismiss, are VACATED;
3. The Clerk of Court is directed to administratively terminate Defendants' motion to dismiss (ECF No. 20); and
4. The parties shall meet and confer and file a joint status report on or before December 6, 2021, or fourteen days after USCIS issues final decisions on Plaintiffs' N-600K applications, whichever is earlier. The parties' joint status report shall address whether the case is ready for scheduling and the parties' availability to conduct a scheduling conference, as well as any other matters that the parties would like to bring to the Court's attention.

IT IS SO ORDERED.

Dated:   **July 21, 2021**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2