Julie A. Goldberg, Esq., SBN 235565
GOLDBERG & ASSOCIATES
5586 Broadway, Third Floor
Bronx, NY 10463
Tel.: (718) 432-1022
Email: ecf@goldbergimmigration.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A, ET AL., | CASE NO. 1:20-cv-1556 JLT-EPG |
| Plaintiffs, | **STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE PLAINTIFFS' AMENDED COMPLAINT** |
| v. | |
| MONICA B. LUGO, ET AL., | (ECF No. 35) |
| Defendants. | |

1 Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to continue the due date for the First Amended Complaint by 6 days.

On February 9, 2022, the Court ordered Plaintiffs to file their First Amended Complaint on or before March 1, 2022. [DKT No. 34] Plaintiffs' Counsel, however, had 4 clients detained at the border last week and had to prepare the emergency motions and Habeas Petitions. Therefore, Plaintiffs' Counsel needs an additional six (6) days.

The Parties agree and stipulate that the new due date will be the First Amended Complaint due filed by March 7, 2022. Plaintiffs respectfully request the Court grant this stipulation to extend time.

Respectfully submitted,

Dated: February 28, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: February 28, 2022

By: /s/ JULIE A. GOLDBERG
JULIE A. GOLDBERG
*Attorney for Plaintiffs*

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 35), IT IS HEREBY ORDERED that the deadline for Plaintiffs to file their First Amended Complaint is extended to March 7, 2022.

IT IS SO ORDERED.

Dated: __**March 1, 2022**__         /s/ Erica P. Grosjean
                           UNITED STATES MAGISTRATE JUDGE