Julie A. Goldberg, Esq., SBN 235565
GOLDBERG & ASSOCIATES
5586 Broadway, Third Floor
Bronx, NY 10463
Tel.: (718) 432-1022
Email: ecf@goldbergimmigration.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A, ET AL.,<br><br>      Plaintiffs,<br><br>  v.<br><br>MONICA B. LUGO, ET AL.,<br><br>      Defendants. | CASE NO. 1:20-cv-1556 JLT-EPG<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE PLAINTIFFS' AMENDED COMPLAINT** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to continue the due date for the First Amended Complaint by two (2) days.

On March 1, 2022, the Court ordered Plaintiffs to file their First Amended Complaint on or before March 7, 2022. [DKT No. 36] Plaintiffs' Counsel, however, is still finalizing the emergency motions and Habeas Corpus Petition due to new developments. In addition, Plaintiffs' Counsel also have a letter that is due filed in another Federal District Court that was ordered by the Court last week. Therefore, Plaintiffs' Counsel needs an additional two (2) days.

The Parties agree and stipulate that the new due date will be the First Amended Complaint due filed by March 9, 2022. Plaintiffs respectfully request the Court grant this stipulation to extend time.

Respectfully submitted,

Dated: March 7, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: March 7, 2022

By: /s/ JULIE A. GOLDBERG
JULIE A. GOLDBERG
*Attorney for Plaintiffs*

1
STIPULATION AND ORDER RE: EXTENSION OF TIME
1:20-cv-01556-NONE-EPG

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file their First Amended Complaint is extended to March 9, 2022. No further extensions will be granted absent good cause, which will be narrowly construed.

Additionally, although the stipulation submitted to the Court was signed by all parties, the version filed on the docket does not contain Defendants' counsel's signature. (*See* ECF No. 37.) Thus, Plaintiffs are directed to file a copy of the stipulation signed by all parties within three days of entry of this order.

IT IS SO ORDERED.

Dated: **March 9, 2022**        /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28