JULIE A. GOLDBERG, ESQ., SBN 235565
GOLDBERG & ASSOCIATES
5586 Broadway, Third Floor
Bronx, NY 10463
Tel: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| A.M.Q.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MONICA B. LUGO, et al.<br><br>Defendants. | Case No. 1:20-cv-01556-JLT-EPG<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME** |

  Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate as follows:

  On April 11, 2022, the Court ordered Plaintiffs to file either a Stipulated Amended Complaint, a Motion to Amend the Complaint, or a Statement that no Amended Complaint will be filed by May 13, 2022. [DKT No. 45] However, Plaintiffs' Counsel's office suffered a COVID surge over the past month and experienced staff shortage. Parties further scheduled an appointment to meet and confer for Plaintiffs' Second Amended Complaint next week.

  Accordingly,

  (1) If Parties come into an agreement, Plaintiffs' Second Amended Complaint is due filed on or before May 23, 2022.

(2)     If Parties cannot come into an agreement, Plaintiffs' Motion for Leave to File Second Amended Complaint is due filed on or before June 3, 2022.

(3)     Proposed schedule or Status Report regarding any disputes concerning the schedule is due filed on or before June 10, 2022.

Dated: May 16, 2022                                    Respectfully Submitted,

                                                       GOLDBERG & ASSOCIATES

                                            By:        /s/ Julie Goldberg
                                                       Julie A. Goldberg, Esq.
                                                       *Attorney for Plaintiffs*


                                                       PHILLIP A. TALBERT
                                                       United States Attorney

Dated: May 16, 2022                                    /s/ Elliot Wong
                                                       ELLIOT C. WONG
                                                       Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation (ECF No. 46), IT IS HEREBY ORDERED that:

1. The deadline for the parties to file a stipulated amended complaint is extended to May 23, 2022;

2. If no stipulation is reached, the deadline for Plaintiff to file a motion to amend the complaint or a statement that no amended complaint will be filed is extended to June 3, 2022; and

3. The deadline for the parties to file a joint proposed schedule or status report regarding any disputes concerning the schedule is extended to June 10, 2022.

The Court notes that this case has been pending since October 30, 2020 without scheduling. Accordingly, no further extensions of the above deadlines will be granted absent good cause, which will be narrowly construed.

Additionally, counsel is reminded of the obligation to seek to obtain a necessary extension from the Court as soon as the need for the extension becomes apparent. Future requests for Court-approved extensions brought on or after the required filing date will be looked upon with disfavor. *See* E.D. Cal. L.R. 23(d).

IT IS SO ORDERED.

Dated:   **May 16, 2022**                                         /s/

MAGISTRATE JUDGE                                         UNITED STATES