UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MONICA B. LUGO, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01556-JLT-EPG<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF No. 48.) |

　　　　Before the Court is Plaintiffs' motion for an extension of time to file their motion for leave to file a Second Amended Complaint. (ECF No. 48.) This is Plaintiffs' second request for an extension of this deadline. (*See* ECF Nos. 46, 47.) According to the motion, Plaintiffs' counsel is working in Africa on pro bono domestic violence cases and the internet went down during the drafting of the motion for leave to amend. (ECF No. 48.) Plaintiffs request an extension from June 3, 2022, to June 6, 2022 to file their motion. (*Id.*) The motion states that Plaintiffs' counsel requested a stipulation from Defendants and were informed that Defendants did not oppose the motion. (*Id.*)

　　　　In light of the limited extension sought and the representation that Defendants to not oppose the motion, the Court will grant Plaintiffs' request. However, as the Court previously reminded the parties, requests for Court-approved extensions brought on or after the required filing date are looked upon with disfavor. E.D. Cal. L.R. 144 (d). (*See* ECF No. 47.) Additionally,

1

as this case has been pending since October 30, 2020 and the Court has granted the parties' multiple requests to delay scheduling, the Court is not inclined to grant any further requests to extend the pleading amendment deadline. (*See* ECF Nos. 12-13, 15-19, 23-26, 28-30, 35-39, 43-47.) The parties are further reminded that the deadline to submit a proposed schedule for this case remains set for **June 10, 2022.** (ECF No. 47.)

Accordingly, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file a motion for leave to amend the complaint is extended to June 6, 2022.

IT IS SO ORDERED.

Dated:   **June 6, 2022**                         /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

2