UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>MONICA B. LUGO, *et al.*,<br><br>        Defendants. | Case No.  1:20-cv-01556-JLT-EPG<br><br>ORDER SETTING STATUS CONFERENCE |

      Plaintiffs A.M.Q.A, R.M.Q.A., N.M.Q.A. (1), N.M.Q.A. (2), Muneera Nasr Ali Mohamed, and Nassar Ali Abdullah Mohamed ("Plaintiffs") initiated this civil action on October 30, 2020. (ECF No. 1). Plaintiffs were granted leave to file an amended complaint on August 11, 2022. (ECF No. 60). Plaintiffs' second amended complaint proceeds against Defendants Monica B. Lugo, USCIS Fresno Field Office, Kenneth Cuccinelli, U.S. Citizenship and Immigration Services, Monica Toro, and Lynn Feldman (collectively "USCIS Defendants") and Defendants Anthony J. Blinken, Karen Pizza, and U.S. Department of State (collectively "State Department Defendants"). (ECF No. 61).

      Because Defendants indicated their intention to file a motion to dismiss in response to Plaintiffs' second amended complaint, the Court did not set a scheduling conference. (ECF No. 60, p. 2). On September 2, 2022, USCIS Defendants filed an answer to the second amended complaint. (ECF No. 64). On October 21, 2022, State Department Defendants filed a motion to

dismiss seeking to dismiss all claims as to those defendants only. (ECF No. 65). As such, the Court will set a status conference to be held on December 5, 2022, at 2:00 PM in Courtroom 10 (EPG) before United States Magistrate Judge Erica P. Grosjean.

Accordingly, IT IS HEREBY ORDRED that:

1. The Court sets a status conference to be held on December 5, 2022, at 2:00 PM in Courtroom 10 (EPG) before United States Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453;
2. The parties shall file a joint status report one week before that includes the parties' positions on whether this case is ready for scheduling, and if so, the parties' positions on that schedule. The report shall also address any matters requiring the Court's attention in this case. The parties shall email a copy of the report, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **October 26, 2022**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE