JULIE A. GOLDBERG, ESQ., SBN 235565
GOLDBERG & ASSOCIATES
5586 Broadway, Third Floor
Bronx, NY 10463
Tel: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A., et al.<br><br>  Plaintiffs,<br><br>v.<br><br>MONICA B. LUGO, et al.<br><br>  Defendants. | Case No. 1:20-cv-01556-JLT-EPG<br><br>**STIPULATION AND ORDER ON MODIFIED BRIEFING SCHEDULE** |

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate as follows:

   On October 21, 2022, Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint. [DKT No. 65] Parties conferred and are submitting the following Modified Briefing Schedule.

   (1)   Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is due filed on or before December 2, 2022.

   (2)   Defendants' Reply to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is due filed on or before December 12, 2022.

Dated: November 4, 2022                    Respectfully Submitted,

                                           GOLDBERG & ASSOCIATES

                                   By:     /s/ Julie Goldberg
                                           Julie A. Goldberg, Esq.
                                           *Attorney for Plaintiffs*


                                           PHILLIP A. TALBERT
                                           United States Attorney

Dated: November 4, 2022                    /s/ Elliot C. Wong
                                           ELLIOT C. WONG
                                           Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

                    Dated:  _____
                                UNITED STATES DISTRICT JUDGE