JULIE A. GOLDBERG, ESQ., SBN 235565
GOLDBERG & ASSOCIATES
5586 Broadway, Third Floor
Bronx, NY 10463
Tel: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MONICA B. LUGO, et al.<br><br>Defendants. | Case No. 1:20-cv-01556-JLT-EPG<br><br>**STIPULATION AND ORDER ON MODIFIED BRIEFING SCHEDULE** |

  Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate as follows:

  On October 21, 2022, Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint. [DKT No. 65]. On November 4, 2022, Parties filed a Stipulation modifying the briefing schedule for Defendants' Motion to Dismiss. [DKT No. 68]. On November 7, 2022, the Court granted the Stipulation for the modified briefing schedule for Defendants' Motion to Dismiss with Plaintiffs' Response to Defendants' Motion to Dismiss to be filed on or before December 2, 2022.

  Plaintiffs would need to request a second extension of time to file Plaintiffs' Response to Defendants' Motion to Dismiss as Plaintiffs' Counsel's primary care doctor placed Plaintiffs' Counsel on an immediate leave for a treatment of 60 days, starting on November 29, 2022.

Parties conferred and are submitting the following Modified Briefing Schedule.

    (1)    Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is due filed on or before February 3, 2023.

    (2)    Defendants' Reply to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is due filed on or before February 13, 2023.

    (3)    Status Conference to be scheduled upon the adjudication of Defendants' Motion to Dismiss.

Dated: November 28, 2022                            Respectfully Submitted,

                                                           GOLDBERG & ASSOCIATES

                                     By:    /s/ Julie Goldberg
                                                       Julie A. Goldberg, Esq.
                                                       *Attorney for Plaintiffs*

                                                       PHILLIP A. TALBERT
                                                       United States Attorney

Dated: November 28, 2022                          /s/ Elliot C. Wong
                                                       ELLIOT C. WONG
                                                       Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: **November 28, 2022**                          /s/ Jennifer L. Thurston
                                                UNITED STATES DISTRICT JUDGE