1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

| 11 A.M.Q.A., ET AL.,      | CASE NO. 1:20-CV-01556-JLT-EPG |
|---------------------------|--------------------------------|
| 12         Plaintiffs,    | ORDER RE: STIPULATION FOR EXTENSION OF TIME |
| 13         v.             | (ECF No. 80). |
| 14 MONICA B. LUGO, ET AL.,|  |
| 15         Defendants.    |  |

18   The Defendants respectfully request a first extension of time in which to respond to the Third

19 Amended Complaint, and counsel for Plaintiffs does not oppose.

20   Plaintiffs filed their Third Amended Complaint on March 29, 2023. (ECF 79.) Pursuant to Fed.

21 R. Civ. Pro. 15(a)(3), Defendants' response is due within 14 days after service of the amended pleading.

22 Defendants need additional time to prepare their response to Plaintiffs' amended filing.

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                    1

The parties stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 28, 2023.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  March 30, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JULIE A. GOLDBERG
JULIE A. GOLDBERG
Counsel for Plaintiffs

**ORDER**

Based on the parties' stipulation (ECF No. 80), IT IS ORDERED that Defendants shall file an answer or other dispositive pleading to Plaintiffs' Third Amended Complaint by April 28, 2023. All other filing deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **March 31, 2023**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE