1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7

8

9

10               UNITED STATES DISTRICT COURT

11               EASTERN DISTRICT OF CALIFORNIA

12

13 | A.M.Q.A., ET AL.,                | CASE NO. 1:20-CV-01556-JLT-EPG
14 |                        Plaintiffs,| ORDER RE: STIPULATION FOR SECOND
                                       | EXTENSION OF TIME
15 |         v.                        |
                                       | (ECF No. 82)
16 | MONICA B. LUGO, ET AL.,           |
17 |                        Defendants.|

18

19   The Defendants respectfully request a second extension of time in which to respond to the Third

20 Amended Complaint, and counsel for Plaintiffs does not oppose.

21   Plaintiffs filed their Third Amended Complaint on March 29, 2023. (ECF 79.) Defendants'

22 response is currently due on April 28, 2023. (ECF 81.) Defendants need a short additional extension to

23 finish preparing their response to Plaintiffs' amended filing.

24 //

25 //

26 //

27 //

28 //

1

The parties stipulate that the new date for Defendants to file an answer or other dispositive pleading is May 5, 2023.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  April 27, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JULIE A. GOLDBERG
JULIE A. GOLDBERG
Counsel for Plaintiffs

**ORDER**

Based on the parties' stipulation (ECF No. 82), IT IS ORDERED that Defendants shall file an answer or other dispositive pleading by no later than May 5, 2023.

IT IS SO ORDERED.

Dated:  **May 1, 2023**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE