GOLDBERG & ASSOCIATES
JULIE A. GOLDBERG, ESQ.,
California Bar No. 235565
5586 Broadway, Third Floor
Bronx, NY 10463
Tel: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MONICA B. LUGO, ET AL., <br><br> Defendants. | CASE NO.  1:20-CV-01556-JLT-EPG <br><br> STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

The Plaintiffs respectfully request an extension of time in which to respond to the Defendant's Motion to Dismiss, and counsel for Defendants do not oppose.

Defendants filed their Motion for Dismissal Points and Authorities on May 5, 2023.  (ECF 84.) Plaintiffs' response is currently due on May 19, 2023. Counsel for Plaintiffs, Ms. Goldberg, has been experiencing continuous health issues and is undergoing surgery. Thus, Plaintiffs need a short additional extension to finish preparing their response to Defendant's Motion to Dismiss.

///

///

///

///

///

1

The parties stipulate that the new date for Plaintiffs to file a response is June 5, 2023.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

DATED: May 18, 2023

          **GOLDBERG & ASSOCIATES**
           Attorneys for Plaintiffs

By:   s/ *Julie A Goldberg*
       Julie A Goldberg, esq.

DATED: May 18, 2023

By:   s/ *Elliot C. Wong* (*With Permission*)
       ELLIOT C. WONG
       Assistant United States Attorney

[~~PROPOSED~~] ORDER

The above stipulation is approved.

IT IS SO ORDERED.

Dated:  **May 19, 2023**

                                                                                   UNITED STATES DISTRICT JUDGE