UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>LUGO, *et al.*,<br><br>                Defendants. | Case No. 1:20-cv-01556-JLT-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE NAMES OF NON-MINOR PLAINTIFFS AND TO TERMINATE CERTAIN PLAINTIFFS FROM THE CASE<br><br>(ECF Nos. 110, 111). |

On September 27, 2024, the Court held a hearing on Defendants' pending motion to dismiss (ECF No. 96) and Plaintiffs' pending motion to amend. (ECF No. 101). At the hearing, the parties established that Plaintiffs A.M.Q.A. and R.M.Q.A. are no longer minors. Additionally, in an order issued that same day, the Court directed Plaintiffs to provide the full names of A.M.Q.A. and R.M.Q.A., and to consider whether Plaintiffs N.M.Q.A. (1), N.M.Q.A. (2), and Nassr Ali Abdullah Mohamed should be dismissed from the case. (ECF No. 110).[1]

Plaintiff responded to this order on October 4, 2024, providing the full names of Plaintiffs A.M.Q.A. and R.M.Q.A., and stating no opposition to the dismissal of Plaintiffs N.M.Q.A. (1), N.M.Q.A. (2), and Nassr Ali Abdullah Mohamed. (ECF No. 111). Plaintiffs' response states,

---

[1] The Court notes that its September 27, 2024, order mistakenly directed Plaintiffs to state their position as to whether Plaintiffs A.M.Q.A. and R.M.Q.A. should be dismissed from the case but meant to refer to Plaintiffs N.M.Q.A. (1) and N.M.Q.A. (2). (ECF No. 110).

1

"Plaintiffs agree that these individuals no longer have active claims that warrant their continued involvement in this matter." (*Id.* at 2).

      Accordingly, IT IS ORDERED that:

1. The Clerk of Court is respectfully directed to update the names of Plaintiffs A.M.Q.A. and R.M.Q.A. in this case as follows:
    a. A.M.Q.A.: Alia Mageb Qasem Al-Atri
    b. R.M.Q.A.: Ramzi Mageb Qasem Al-Atri
2. The Clerk of Court is respectfully directed to terminate as plaintiffs in this case N.M.Q.A. (1), N.M.Q.A. (2), and Nassr Ali Abdullah Mohamed.

IT IS SO ORDERED.

Dated:  **October 7, 2024**            /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE