UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

A.M.Q.A, et al.,

Plaintiffs,

v.

MONICA B. LUGO, et al.,

Defendants.

No. 1:20-cv-1556-JLT-EPG

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE ANSWER TO FOURTH AMENDED COMPLAINT

(ECF No. 152).

On July 21, 2026, Defendants filed a stipulation seeking an extension of time in which to file their answer to the Fourth Amended Complaint. (ECF No. 152). The stipulation states that Plaintiff does not oppose the extension, and that Defendants have been working diligently to prepare a draft answer. The parties stipulate that the new date for Defendants to file an answer is July 31, 2026.

In light of the stipulation, the Court shall grant Defendants requested extension of time to file their answer to the Fourth Amended Complaint. Accordingly, Defendants are HEREBY ORDERED to file an answer to Plaintiff's fourth amended complaint no later than July 31, 2026.

IT IS SO ORDERED.

Dated: **July 22, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE