**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

ALIA MAGEB QASEM AL-ATRI, et al.,

Plaintiffs,

v.

MONICA B. LUGO, et al.,

Defendants.

Case No. 1:20-cv-01556-JLT-EPG

**STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; ORDER**

(ECF No. 163)

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 143 and 144, Plaintiffs Alia Mageb Qasem Al-Atri, Ramzi Mageb Qasem Al-Atri, and Muneera Nasr Ali Abdullah ("Plaintiffs") and Defendants Monica B. Lugo, et al. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, the parties have consented to the jurisdiction of the assigned United States Magistrate Judge for all purposes, including the entry of judgment, 28 U.S.C. § 636(c) (ECF No. 162);

WHEREAS, On September 30, 2026, Plaintiffs provided the complete Motion, including the supporting Statement of Undisputed Facts and the proposed order, to counsel for Defendants

and counsel for Defendants and the Defendant agencies have had the opportunity to review those papers in advance of filing;

WHEREAS, the parties met and conferred regarding the Motion on October 5, 2026, and, following that review, Defendants anticipate filing an opposition to the Motion;

WHEREAS, After Defendants met and conferred with their clients, they have now decided that they will most likely file a response to Plaintiffs' Motion for Summary Judgment and as a result, they require a brief enlargement of the time to complete further internal review and file their response. After, which Plaintiffs require only two (2) days to file their reply brief;

WHEREAS, on October 5, 2026, After meeting and conferring Plaintiffs filed their Notice of Motion and Motion for Summary Judgment on Counts Three and Four of the Fourth Amended Complaint (ECF No. 162) (the "Motion");

WHEREAS, this is the parties' first request concerning the briefing of the Motion; the schedule set out below is sought in good faith and not for purposes of delay; no other deadline will be affected; and the parties have previously placed the discovery contemplated by the Court's June 3, 2026 order (ECF No. 146) in abeyance pending resolution of the Motion;

WHEREAS, the parties jointly believe and are hopeful that the Court's ruling on the Motion will resolve the remaining issues in this action and bring it to a close. As such the Parties submit the following schedule so that the matter may be brought to resolution as promptly as the Court's calendar permits, and thank the Court for its attention to this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants shall file any opposition to the Motion on or before Monday, October 26, 2026;
2. Plaintiffs shall file any reply in support of the Motion on or before Thursday, October 29, 2026;

3. If the Court concludes that oral argument would assist its resolution of the Motion, the parties respectfully request that the hearing be set for Friday, November 6, 2026, at 10:00 a.m. in Courtroom 10, or on the Court's earliest available Friday thereafter; and

4. The deadlines of Local Rule 230 are modified accordingly.

IT IS SO STIPULATED.

DATED: October 5, 2026

Respectfully submitted,

GOLDBERG & ASSOCIATES

*/s/ Julie A. Goldberg*
Julie A. Goldberg, Esq.
*Attorney for Plaintiffs*

*/s/ Eric Grant*
Eric Grant
(by permission on this date)
United States Attorney
*Counsel for Defendants*

ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file any opposition to Plaintiffs' Motion for Summary Judgment, ECF No. 162, on or before October 26, 2026;
2. Plaintiffs shall file any reply in support of the Motion on or before October 29, 2026;
3. The Court sets the matter for hearing, which shall be held on Friday, November 6, 2026, at 10:00 a.m. in Courtroom 10;and
4. The deadlines of Local Rule 230 are modified accordingly.

IT IS SO ORDERED.

Dated: **October 6, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE